1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LIGHT PETROLEUM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 12-CV-04689-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE INDIVIDUAL ACTION WITH PREJUDICE**<br><br>Complaint Filed:  June 21, 2012<br><br>District Judge:  Hon. Percy Anderson<br>Dept:  15<br><br>Magistrate:  Hon. Victor B. Kenton<br>Dept:  590<br>Trial Date:  August 13, 2013 |

1   Case No. 12-CV-04689-PA (VBKx)
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE INDIVIDUAL ACTION WITH PREJUDICE

1 | Having considered the Stipulation to Dismiss Entire Individual Action With Prejudice by and between the parties, the Court hereby orders this action between Light Petroleum, Inc., ExxonMobil Oil Corporation, Exxon Mobil Corporation, and Circle K Stores Inc. to be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  **This Order shall not affect the consolidated action *In re: ExxonMobil Oil Corporation, et al. Southern California Bulk Sale* Litigation, Case No. 12-CV-04689-PA(VPKx), which shares a case number with the above-captioned individual action.**  Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 4, 2013    _____
                         Hon. Percy Anderson
                         United States District Judge