1
2
3
4
5
6
7
8
9       **UNITED STATES DISTRICT COURT**
10      **CENTRAL DISTRICT OF CALIFORNIA**
11      **WESTERN DIVISION**
12
13   *In re:* EXXONMOBIL OIL          Case No. 12-CV-04689-PA (VBKx)
     CORPORATION, *et al.,* SOUTHERN
14   CALIFORNIA BULK SALE            **JUDGMENT AS TO SPECIFIED**
     LITIGATION                      **PLAINTIFFS**
15
16
17
18          Through an order dated January 31, 2013 (Dkt. No. 240), this Court granted

19   partial summary judgment in favor of defendants ExxonMobil Oil Corporation, Exxon

20   Mobil Corporation, and Circle K Stores Inc. ("Defendants") and against plaintiffs

21   Efram Dori, Fujio Shoji, VC Chao Enterprises Group, VC Chao Retails Group, and

22   Alicia-Laguna, Inc. (collectively referred to herein as "Specified Plaintiffs"), finding

23   that the non-price terms and alleged waivers of rights (the "Non-Price Terms") in the

24   June 2012 Revised Sale and Purchase Agreement Retail Marketing Assets Southern

25   California and Environmental Responsibility Agreement (the "Offer") do not violate

26   Business & Professions Code section 20999.25.

27

28

1       Specified Plaintiffs and Defendants have stipulated that judgment shall be

2 entered against Specified Plaintiffs and in favor of Defendants on each of Specified

3 Plaintiffs' three claims for relief to the extent each such claim for relief is based upon

4 the allegation that the Offer included unreasonable and/or illegal Non-Price Terms.

5       Pursuant to agreement of the parties, Specified Plaintiffs have voluntarily

6 dismissed their remaining claims against Defendants in this action (that is, their claims

7 that remain after entry of the stipulated judgment), and the Court has entered such

8 dismissal.

9       Pursuant to agreement of the parties, Defendants have voluntarily dismissed

10 their counter-claims for relief against Specified Plaintiffs, and the Court has entered

11 such dismissal.

12       There are no remaining claims for relief or causes of action pending in this case

13 with respect to Specified Plaintiffs.

14       NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

15       1)    Judgment is entered against Specified Plaintiffs and in favor of

16 Defendants ExxonMobil Oil Corporation and Exxon Mobil Corporation on Specified

17 Plaintiffs' first claim for relief for violation of Business & Professions Code section

18 20999.25, *et seq.* to the extent such claim is based on the allegation that the Offer

19 included unreasonable and/or illegal Non-Price Terms; and

20       2)    Judgment is entered against Specified Plaintiffs and in favor of

21 Defendants ExxonMobil Oil Corporation, Exxon Mobil Corporation, and Circle K

22 Stores Inc. on Specified Plaintiffs' second claim for relief for violation of Business &

23 Professions Code section 17200, *et seq.* to the extent such claim is based on the

24 allegation that the Offer included unreasonable and/or illegal Non-Price Terms; and

25       3)    Judgment is entered against Specified Plaintiffs and in favor of

26 Defendants ExxonMobil Oil Corporation, Exxon Mobil Corporation, and Circle K

27 Stores Inc. on Specified Plaintiffs' third claim for relief for declaratory relief to the

28

1    extent such claim is based on the allegation that the Offer included unreasonable

2    and/or illegal Non-Price Terms;

3          4)      Specified Plaintiffs shall recover nothing; and

4          5)      Each party is to bear their own costs.

5

6

7    Dated:   November 6, 2013

                                                  Percy Anderson

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT AS TO SPECIFIED PLAINTIFFS